UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SHERIAN SMITHY                                                      PLAINTIFF

v.                                                    Civil No. 1:17-cv-00205-GHD-DAS

THE KROGER CO., INC, &
THOMPSON SQUARE, LLC                                               DEFENDANTS

## SUMMARY JUDGMENT

In accordance with the opinion issued this day, the Court ORDERS that Defendant Thompson's Square's LLC's Motion for Summary Judgment [26] is GRANTED; summary judgment is entered in favor of Thompson Square; and Plaintiff Sherian Smithy's claims against Thompson Square are DISMISSED.

SO ORDERED, this, the 10th day of July 2018.

_____
SENIOR U.S. DISTRICT JUDGE

1