UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SHERIAN SMITHY                                                                    PLAINTIFF

v.                                                                    Civil No. 1:17-cv-00205-GHD-DAS

THE KROGER CO., INC, &
THOMPSON SQUARE, LLC                                                              DEFENDANTS

**SUMMARY JUDGMENT**

For the reasons stated in the memorandum opinion issued this day, the Court ORDERS that Defendant The Kroger Company, Inc.'s motion for summary judgment [40] is GRANTED; summary judgment is entered in favor of Kroger; and Plaintiff Sherian Smithy's claims against Kroger are DISMISSED. Because of the remaining cross-claim by Kroger against Defendant Thompson Square, LLC, the case shall remain open.

SO ORDERED, this the 18th day of October, 2018.

_____
SENIOR U.S. DISTRICT JUDGE