IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISIPPI
ABERDEEN DIVISION

| | |
|---|---|
| SHERIAN SMITHY | PLAINTIFF |
| V. | CIVIL ACTION NO.: 1:17-cv-00205-GHD-DAS |
| THE KROGER CO., INC., AND THOMPSON SQUARE, LLC | DEFENDANTS |
| AND | |
| THE KROGER CO. | CROSS-PLAINTIFF |
| V. | |
| THOMPSON SQUARE, LLC | CROSS-DEFENDANT |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

By Summary Judgment Order dated July 10, 2018, this Court dismissed Plaintiff, Sherian Smithy's, claims against Thompson Square, LLC. By Summary Judgment Order dated October 18, 2018, this Court dismissed Plaintiff, Sherian Smithy's, claims against The Kroger, Co., leaving the The Kroger, Co.'s, Cross-Claim against Thompson Square, LLC, pending. Having been advised that the Cross-Claim has been settled:

**IT IS HEREBY ORDERED AND AJUDGED** that this matter is dismissed with prejudice including The Kroger, Co.'s, Cross-Claim against Defendant Thompson Square, LLC, each party to bear their own costs.

SO ORDERED, this the 4th day of December, 2018.

_____
HONORABLE GLEN H. DAVIDSON
SENIOR U.S. DISTRICT JUDGE

1

Approved and Agreed:

*[signature: Bill Luckett]*

Bill Luckett, Esq.
Luckett Law Firm, P.A.
wol@lucketttyner.com
143 Yazoo Avenue
Post Office Drawer 1000
Clarksdale, MS 38614
662-624-2591
662-627-5403 fax

/S/ Philip G. Smith

PHILIP G. SMITH, Esq. (101841)
The Law Office of Julie E. Vaicius
3900 N. Causeway Boulevard, Ste. 1040
Metairie, Louisiana 70002
Direct Office Dial: 504-836-2771
Cellular: 225-573-1828
Fax: 877-369-4892
Philip.Smith@thehartford.com
Attorney for Defendant Thompson Square